**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020
```

| | |
|---|---|
| **Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund,**<br><br>                                    **Plaintiffs,**<br><br>          **-against-**<br><br>**Daylight Dimension Millwork Installations Inc.,**<br><br>                                    **Defendant.** | **1:20-cv-01401 (VSB) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

          This case has been assigned to me for general pretrial management. (ECF No. 9.) The parties (or, if no defendant has appeared in the case, only the plaintiffs) shall appear for a Telephone Conference on Monday, June 15, 2020 at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:          New York, New York
                       June 10, 2020

                                                                            _____
                                                                            STEWART D. AARON
                                                                            United States Magistrate Judge