UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund,<br><br>       Plaintiffs,<br><br>    -against-<br><br>Daylight Dimension Millwork Installations Inc.,<br><br>       Defendant. | 1:20-cv-01401 (VSB) (SDA)<br><br>ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2020

**STEWART D. AARON, United States Magistrate Judge:**

  Following a telephone conference for which only Plaintiffs appeared, it is hereby Ordered that, unless this action is resolved, Plaintiffs shall file a status letter with the Court no later than Friday, July 31, 2020.

**SO ORDERED.**

DATED:  New York, New York
      June 15, 2020

                  _____
                  STEWART D. AARON
                  United States Magistrate Judge